Judge:            Hon. Christopher M.
Chapter:          Alston 7
Hearing Date:     October 13, 2022
Hearing Time:     9:30 a.m.
Hearing Site:     700 Stewart Street, #7206
                  Seattle, WA 98101

                  Response          October 6, 2022
                  Date:

# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 19-12292-CMA |
| TAJINDER SINGH, MANJIT KAUR, | DECLARATION OF DENICE MOEWES IN SUPPORT OF FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF WOOD & JONES, P.S., ATTORNEY FOR TRUSTEE |
| Debtors. | |

DENICE MOEWES declares under penalty of perjury of the laws of the State of Washington as follows:

I am over the age of 21 and competent to make this Declaration.

I am an attorney at Wood & Jones, P.S., and we represent Ronald G. Brown, the Chapter 7 Trustee, in the above-referenced matter.

Attached hereto are true and correct copies of the bills of Wood & Jones, P.S. from the period of August, 2019 through May 31, 2022.

Signed and dated this 8th day of August, 2022 at Seattle, Washington.


/s/ Denice E. Moewes
Denice E. Moewes

DECLARATION OF MOEWES IN SUPPORT OF FIRST
AND FINAL APPLICATION FOR COMPENSATION OF
WOOD & JONES, P.S., ATTORNEY FOR THE TRUSTEE
Page 1 of 1

**Wood & Jones, P.S**
303 N. 67th Street
Seattle, WA 98103
(206) 623-4382

Case 19-12292-CMA    Doc 83    Filed 09/13/22    Ent. 09/13/22 11:40:04    Pg. 1 of 41

## Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382

May 31, 2022

LAW OFFICE OF RONALD G. BROWN
PO BOX 2369
KIRKLAND, WA 98083
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

| | | | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 05/11/2022 | DEM | Exchange emails with Jay Kornfeld regarding mediator fee, email to paralegal for her to pay. | 0.20 | $410.00 | $82.00 |
| 05/13/2022 | KMM | Brown v. Gill mediation - type letter to mediator Kornfeld enclosing trustee's portion of fee.  Mail. | 0.20 | $125.00 | $0.00 |

**Expenses**

| | | |
|---|---|---|
| 05/11/2022 | ONE-HALF MEDIATION FEE (CK #30429) | $500.00 |

| | |
|---|---|
| Total amount of this bill | $582.00 |
| Previous Balance | $60,814.12 |
| Balance Due | $61,396.12 |

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382

March 31, 2022

LAW OFFICE OF RONALD G. BROWN
PO BOX 2369
KIRKLAND, WA 98083
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

Invoice Number: 5494

| | | | HOURS | RATE | TOTAL | |
|---|---|---|---|---|---|---|
| 03/01/2022 | DEM | Review revisions to settlement statement from Ron, two more revisions to settlement letter, finalize and email to Jay Kornfeld with Exhibits .4  Second round of emails with Kornfeld, logistics for Zoom and mediation, set up our own Zoom call in email link to Mediation and client .2 | 0.60 | $410.00 | $246.00 | |
| 03/02/2022 | DEM | Exchange emails with Kornfeld, call with Kornfeld. .3  Email to Brown. .1, email from Brown and forward to Kornfeld. .1 | 0.50 | $410.00 | $205.00 | Sett |
| 03/03/2022 | DEM | Attend settlement conference via Zoom 9:30 3.7  Call with Stern .2 | 3.90 | $410.00 | $1,599.00 | Sett |
| 03/07/2022 | DEM | Email to Stern, revise settlement agreement per our call and email back to him | 0.30 | $410.00 | $123.00 | |
| 03/08/2022 | DEM | Exchange emails with Stern and Tanya regarding settlement agreement | 0.10 | $410.00 | $41.00 | |
| 03/09/2022 | DEM | Exchange emails with Tonya, revise agreement, send back. | 0.10 | $410.00 | $41.00 | |
| 03/22/2022 | DEM | Prepare motion, order and Declaration of Brown to approve settlement of  AP. | 1.60 | $410.00 | $656.00 | Sett |
| 03/22/2022 | DEM | Forward fully executed settlement agreement to Stern, respond to email from Trustee. | 0.10 | $410.00 | $41.00 | Sett |
| 03/23/2022 | DEM | Revise motion, order dec of Ron Brown and email to Brown and Stern .6  Call with Stern. .1  Email Declaration of Ron Brown. .1 | 0.80 | $410.00 | $328.00 | Sett |

| 03/24/2022 | DEM | Review revisions to Declaration from Brown - forward to Tess along with signed settlement agreement. Call with Tess re: filing of motion, notice Declaration and documents settlement agreement needs to be attached to. | 0.30 | $410.00 | $123.00 |
| 03/24/2022 | TMK | File declaration of mailing (NTC Compromise & Settlement) with court. | 0.10 | $0.00 | $0.00 |

**Expenses**

| 03/24/2022 | Mailing costs - COS - MTN to approve compromise | | | | $36.58 |

Total amount of this bill    $3,439.58
Previous Balance    $57,374.54

Balance Due    $60,814.12

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382

February 28, 2022

LAW OFFICE OF RONALD G. BROWN                              Invoice Number: 5470
PO BOX 2369
KIRKLAND, WA 98083
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

|  |  |  | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 02/04/2022 | DEM | Email to Stern, has not responded to settlement offer. | 0.10 | $410.00 | $41.00 |
| 02/07/2022 | DEM | Review email from Stern forward to Trustee with my comments. | 0.10 | $410.00 | $41.00 |
| 02/08/2022 | DEM | BEgin preparation of Plaintiff's pretrial statement | 3.60 | $410.00 | $1,476.00 |
| 02/09/2022 | DEM | Finish pretrial statement, review W.D. Wash local rules, review and revise and finalize 2.3 Email to Stern .1 Call with Stern .4. Start preparation of Trial Brief, research cases cited by Stern 1.3. Begin preparation of questions for Gill .5 | 4.60 | $410.00 | $1,886.00 |
| 02/10/2022 | DEM | Email to Stern, Email to Kornfeld whether he can serve as mediator and potential settlement dates, second email to Kornfeld | 0.20 | $410.00 | $82.00 |
| 02/14/2022 | DEM | Email to Trustee, Stern has agreed to a mediation, Kornfled has agreed and given us dates, which ones work .1 Email to Stern. 1 | 0.20 | $410.00 | $82.00 |
| 02/16/2022 | DEM | Email to Kornfeld and Stern confirming date for mediation and trying to set time. | 0.10 | $410.00 | $41.00 |
| 02/17/2022 | DEM | Exhange emails with Stern. Prepare motion and order to appoint mediator, exchange numerous emails with Kornfeld, and revise language for letter to Court | 0.70 | $410.00 | $287.00 |
| 02/23/2022 | DEM | Exchange emails with Tonya regarding letter, finalize. .1 Email order appointing mediator to Kornfeld and schedule | 0.30 | $410.00 | $123.00 |

|  |  | deadlines he set for mediation briefs. email to Trustee regarding mediation fee. .1 |  |  |  |
| 02/28/2022 | DEM | Review pleadings and prepare settlement letter to Mediator, review and revise twice and email to Brown for his review | 2.40 | $410.00 | $984.00 *see* |

**Expenses**

| | |
|---|---|
| Total amount of this bill | $5,043.00 |
| Previous Balance | $52,331.54 |
| Balance Due | $57,374.54 |

5

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382

January 31, 2022

LAW OFFICE OF RONALD G. BROWN                                    Invoice Number: 5420
PO BOX 2369
KIRKLAND, WA 98083
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

|  |  |  | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 01/04/2022 | DEM | Careful review of Judge Alston's order. Map out what exhibits he says are at issue, analyze our case, and email to Trustee certain documents and ask him to call me to discuss this week. | 0.80 | $410.00 | $328.00 |
| 01/05/2022 | DEM | Phone call with Ron Brown, documents I sent him yesterday, trial, settlement offer | 0.30 | $410.00 | $123.00 |
| 01/11/2022 | DEM | Calendar new dates from Amended Trial Order. .3 Conference with paralegal regarding declaration of business records. .1 Prepare disclosure of non-expert witnesses and exhibits. .7 | 1.10 | $410.00 | $451.00 |
| 01/11/2022 | TMK | Prepare business records declaration | 0.50 | $150.00 | $75.00 |
| 01/12/2022 | DEM | Review and revise non-expert disclosures and Business Records Declaration and Email to Stern | 1.10 | $410.00 | $451.00 |

**Expenses**

Total amount of this bill                                                    $1,428.00
Previous Balance                                                          $50,903.54

Balance Due                                                               $52,331.54

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382

December 31, 2021

LAW OFFICE OF RONALD G. BROWN
PO BOX 2369
KIRKLAND, WA 98083
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

Invoice Number: 5310

| | | | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 12/03/2021 | KMM | Scan and upload subpoena certified receipts to trello - WF Small Business Loan 21-118; WF main office 19-109. | 0.20 | $125.00 | $25.00 |
| 12/06/2021 | DEM | Begin response to Defendants' motion for summary judgment, and research impact of lack of promissory note when transfers between relatives. | 2.30 | $375.00 | $862.50 |
| 12/07/2021 | DEM | Review deposition of Debtor. Continue to work on SJ response 1.9 Work on response dealing with exhibits 1.1 Research on standards for determination equity or loan .8 | 3.80 | $375.00 | $1,425.00 |
| 12/08/2021 | KMM | Type BOA subpoena 21-119 in adversary Gill - requesting signature card only Gill sav. a/c 1906 | 0.30 | $125.00 | $0.00 |
| 12/08/2021 | DEM | continue work on SJ 3.7 and finish research on indirect benefit and statute of frauds but insert into trial brief since not response to SJ Motion 1.8 | 5.50 | $375.00 | $2,062.50 |
| 12/09/2021 | DEM | Review Stern response to our SJ Motion | 0.10 | $375.00 | $37.50 |
| 12/09/2021 | DEM | Substantial revision to response, exhibits, review declaration prepared by paralegal, revise and finalize. | 4.80 | $375.00 | $1,800.00 |
| 12/09/2021 | TMK | Draft declaration of DEM, and gather exhibits to attached | 0.80 | $0.00 | $0.00 |
| 12/14/2021 | DEM | Call with Trustee regarding response | 0.10 | $375.00 | $37.50 |
| 12/15/2021 | DEM | Review our motion for summary judgment in preparation for hearing | 0.30 | $375.00 | $112.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | tomorrow and exhibits. | | | |
| 12/15/2021 | KMM | Gill. Print and insert Trustee's Reply to working notebook, update index and tab exhibits. | 0.50 | $125.00 | $0.00 |
| 12/16/2021 | DEM | Review their SJ Motion our response, prepare argument .4 Attend telephonic hearing 1.0. Email to Trustee results of hearing .1 | 1.50 | $375.00 | $562.50 |
| 12/22/2021 | TMK | v Gill. Calendar trial deadlines | 0.10 | $0.00 | $0.00 |
| 12/29/2021 | DEM | Call with Stern .1 Review decision from Judge Alston and email to Trustee .3 | 0.40 | $375.00 | $150.00 |

**Expenses**

| | |
|---|---|
| Total amount of this bill | $7,075.00 |
| Previous Balance | $43,828.54 |
| | |
| Balance Due | $50,903.54 |

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382

November 30, 2021

LAW OFFICE OF RONALD G. BROWN                                    Invoice Number: 5268
PO BOX 2369
KIRKLAND, WA 98083
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

| | | | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 11/01/2021 | DEM | Continue to work on SJ Motion and start inserting facts in that the Defendants testified to at his deposition. | 0.40 | $375.00 | $150.00 |
| 11/04/2021 | DEM | Email exchange with Court reporter regarding invoices. | 0.10 | $375.00 | $37.50 |
| 11/05/2021 | TMK | Draft email requesting copies of statements for POC 9-14. | 0.30 | $150.00 | $45.00 |
| 11/05/2021 | KMM | Pull subpoena WF Financial, scan to TMK. | 0.10 | $0.00 | $0.00 |
| 11/05/2021 | DEM | Review claims and compare to schedules to determine which ones we should subpoena to determine amout owed on date of transfer .9 Conference with paralegal regarding Wells Fargo, prior subpoena, new subpoena .3  Work on actual fraud section SJ Memo .6 | 4.20 | $375.00 | $1,575.00 |
| 11/08/2021 | DEM | Work on SJ Motion. | 0.90 | $375.00 | $337.50 |
| 11/08/2021 | KMM | Type subpoena to WF Financial in adversary proceeding.  Note in trello.  Conf TMK.  Pull POC and docket for all Wells Fargo references.  Leave with DEM for review.  Mail subpoenas.  Post costs.  Upload proofs to trello.  Email tmk re subpoena list. | 1.60 | $125.00 | $0.00 |
| 11/08/2021 | DEM | Discussion with Trustee, re: result of deposition of Lakhbir Gill and SJ  Motion | 0.10 | $375.00 | $37.50 |
| 11/08/2021 | DEM | Exchange emails with secretary regarding subpoena for loans, where to find further information .1 Substantial review and revision to subpoena.  and determine | 1.60 | $375.00 | $600.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | what exhibits to attach to subpoena, search for CEO and address for corporate headquarters for WFB. finalize and give to secretary for mailing. .8  Prepare subpoena to Debtor for documents they relied upon to provide information on schedules regarding the WFB loans, revise three times, finalize and give to secretary for mailing. .7 | | | |
| 11/09/2021 | DEM | Continue work on SJ | 5.20 | $375.00 | $1,950.00 |
| 11/10/2021 | DEM | Add in constructive actual fraud section based on 11 factors and additional law. | 1.00 | $375.00 | $375.00 |
| 11/10/2021 | DEM | Review update from paralegal regarding her call to credit card companies for statements as  September 1,  2017 | 0.10 | $375.00 | $37.50 |
| 11/10/2021 | DMM | Went through claims and wrote down acct numbers and contact info for credit cards and line of credit; TC with Tess re balance or statement; TC with Tess regarding revolving lines of Credit; TC with Tess re deadline; TC with Wells Fargo for claims #1&2; TC with Citibank for claims #3&4;TC with Discover; TC with American Express; | 2.00 | $125.00 | $250.00 |
| 11/11/2021 | DEM | Review update from paralegal about attempts to obtain documents. | 0.10 | $375.00 | $37.50 |
| 11/11/2021 | DMM | Sent email to Wells Fargo regarding documents; Sent Email to Citibank regarding documents; Sent Email to Discover regarding documents; Sent email to American Express regarding documents; Sent email to Chase regarding documents; Sent email to PYOD LLC regarding documents; Sent email to Wells Fargo regarding documents; Sent Email to Citibank regarding documents; Sent Email to Discover regarding documents; Sent email to American Express regarding documents; Sent email to Chase regarding documents; Sent email to PYOD LLC regarding documents; | 1.40 | $125.00 | $175.00 |
| 11/12/2021 | KMM | Scan and upload certified 21-0118 (Debtor's c/o counsel) to trello.  Email DEM, TMK. | 0.10 | $125.00 | $0.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/12/2021 | DEM | Go through all checks after receipt of $128k and figure out how all funds were spent beyond the initial ones, how much was paid to creditors who were not relatives.1.4 Revise transcript of second 341, make non- substantive revision, such as changing speaking to Debtor instead on interpreter .5 Begin inserting cites for all references to testimony. 3.8 | 5.70 | $375.00 | $2,137.50 |
| 11/15/2021 | DEM | Go through all exhibit, and revise memorandum 4.1 Preparation of Moewes Declaration, revise and email to paralegal for her to upload exhibits. .8 | 4.90 | $375.00 | $1,837.50 |
| 11/15/2021 | TMK | Spreadsheet disbursements after receiving funds for sale of business (.8) Add to spreadsheet other income from other sources (.8) Spreadsheet amount due compounded, federal judgment interest rate of 1.23% from 9.1.17 to 1.1.2022. | 1.80 | $0.00 | $0.00 |
| 11/15/2021 | TMK | Revise transcript for 8/1/19 per DEM | 0.70 | $0.00 | $0.00 |
| 11/15/2021 | DMM | TC with Wells Fargo; TC with Citi Bank; TC with America Express; TC with Chase; TC with Resurgent capital; | 2.00 | $125.00 | $250.00 |
| 11/16/2021 | DEM | Review revisions from Wood. | 0.00 | $375.00 | $0.00 |
| 11/16/2021 | DEM | Review Woods suggested revisions to motion and revise .3 Conference with paralegal regarding exhibits to my declaration .2 | 0.50 | $375.00 | $187.50 |
| 11/16/2021 | DMM | Draft Faxes and Letters requesting documents | 1.20 | $125.00 | $150.00 |
| 11/17/2021 | DEM | Review and revise memorandum prepare dec of Moewes and Exhibits, notice, and order, finalize all documents | 4.80 | $375.00 | $1,800.00 |
| 11/17/2021 | KMM | Proof revised Memorandum in support of SJ | 0.30 | $125.00 | $0.00 |
| 11/17/2021 | KMM | Scan exhibits 9-14 to DEM (on Decl DEM in support of MSJ). | 0.20 | $125.00 | $0.00 |
| 11/17/2021 | KMM | adv. L. Gill - Proof Plaintiff's Motion for Summary Judgment, Notice of Hearing, Memo in Support SJ, Declaration of DEM in Support SJ; proposed Order | 0.50 | $125.00 | $0.00 |

| 11/19/2021 | DEM | Email to secretary to prepare notebooks of all pleadings filed in both motions for summary judgment. .1 Brief review of Defendants motion for Summary Judgment .2 | 0.30 | $375.00 | $112.50 |
| 11/19/2021 | DEM | Review documents from Resurgent | 0.10 | $375.00 | $37.50 |
| 11/22/2021 | KMM | Adv. Gill. Print Summary Judgment Motion pleadings (Defendant and Plaintiff), create working notebooks and indices for DEM. | 1.70 | $125.00 | $0.00 |

**Expenses**

| 11/04/2021 | Court Reporter fee re Brown v Gill | $483.50 |
| 11/08/2021 | Photocopies of subpoena 21-0117 to Wells Fargo Financial (3 recipients) | $5.40 |
| 11/08/2021 | Certified mail subpoena 21-0117 to Wells Fargo Financial (3 recipients x cert $7.33 plus 1st class $0.53 to debtor's counsel). | $22.42 |
| 11/08/2021 | Photocopies 3 pg x 4 - original to Debtors c/o Debtor's counsel. | $1.80 |
| 11/08/2021 | Certified mail to debtors c/o debtors' counsel subpoena 21-0118. | $7.33 |

| Total amount of this bill | $12,640.45 |
| Previous Balance | $31,188.09 |
| **Balance Due** | **$43,828.54** |

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382

October 31, 2021

LAW OFFICE OF RONALD G. BROWN
PO BOX 2369
KIRKLAND, WA 98083
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

Invoice Number: 5203

| | | | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 10/05/2021 | DEM | Review email from Marc regarding Rule 37 conference and respond. .1  Review second email , review calendar and respond to avalablity on certain dates and whether by zoom or in person .3 | 0.40 | $375.00 | $150.00 |
| 10/13/2021 | DEM | Review discovery and our answers thereto in preparation for Rule 37 conference.  .2  TElephonic Rule 37 conference .5 | 0.70 | $375.00 | $262.50 |
| 10/14/2021 | DEM | Exchange several emails with Tanya from Stern's office regarding deposition on October 18 | 0.30 | $375.00 | $112.50 |
| 10/18/2021 | DEM | Prepare for Defendants deposition of Debtors in Adversary Proceeding, review transcripts of both 341 meetings,  and exhibits sent, review records from banks for transfers and  Defendants' answers to our discovery.  3.6  Attend Zoom deposition  1.5.  Email exchange with Court reporter regarding spellings and ordering transcripts .1  Email to Stern with request to depose his clients and dates for deposition .1  Call with Trustee .2 | 5.50 | $375.00 | $2,062.50 DiSC |
| 10/19/2021 | DEM | Exchange emails with Tanya at Marc Sterns office regarding date for deposition of Defendant Gill .1  Email exchange with Zoya Spencer, setting up deposition of Mr. Gill .1  Second round of emails regarding revised time .2 | 0.40 | $375.00 | $150.00 |

13

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/21/2021 | DEM | Calendar all deadlines in Notice of Trial and back them up in calanedar. | 0.50 | $375.00 | $187.50 |
| 10/25/2021 | DEM | Begin Prepare for Deposition of Gill. 1.1 Exchange emails with Stern regarding translator, conference with paralegal, need her to find interpreter for deposition on Thursday.2 | 1.30 | $375.00 | $487.50 |
| 10/26/2021 | DEM | Email Zoom link, call from Court Reporter, conference with paralegal regarding interpreter, review email from paralegal and email interpreter information to Court Reporter to send Zoom link. | 0.30 | $375.00 | $112.50 |
| 10/26/2021 | DEM | Begin prepration of motion for summary judgment and add questions that are raised by SJ Motion. 2.9 Review proofs of claim for documents to see when debts incurred .4 Review subpoena to Wells Fargo, includes requests that should have garnered production of loan file, discuss with paralegal, need her to call and find out why not produced. .6 Conference with paralegal, need subpoena to Am Ex and other claimants so we have statements to determine amount owed to each creditor on the date of the sale of the dba .2 | 4.10 | $375.00 | $1,537.50 |
| 10/27/2021 | TMK | Prepare timeline, coordinate exhibits with DEM for deposition | 2.10 | $150.00 | $315.00 |
| 10/27/2021 | DEM | Prepare all exhibits and continue to work on deposition question, several conferences with paralegal, Defendant whited out the re: line of a check to obscure the true nature. | 6.70 | $375.00 | $2,512.50 |
| 10/28/2021 | DEM | Final run through of questions, and final decisions as to impeachment exhibits Email rebuttal exhibits and have paralegal send to Court reporter. 1.6 Attend deposition. 2.4 Discuss deposition with paralegal, and what I need her to follow up on. .4 | 4.40 | $375.00 | $1,650.00 DiSC. |
| 10/29/2021 | DEM | Exchange emails with Court reporter, when Debtors deposition will be done and order Gill deposition transcript. | 0.10 | $375.00 | $37.50 |

| | |
|---|---|
| Total amount of this bill | $9,577.50 |
| Previous Balance | $21,610.59 |
| | |
| Balance Due | <u>$31,188.09</u> |

15

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382

September 30, 2021

LAW OFFICE OF RONALD G. BROWN                                    Invoice Number: 5141
PO BOX 2369
KIRKLAND, WA 98083
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

|            |     |                                                                                                                               | HOURS | RATE     | TOTAL          |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------|-------|----------|----------------|
| 09/07/2021 | DEM | Final review or answers, email to Wood for his review .6 Several further revisions, 1.1 Email to client for his signature and email signed answers to Stern .2 | 1.90  | $375.00  | $712.50 DISC   |
| 09/07/2021 | TMK | Proof interrogatories                                                                                                          | 0.50  | $150.00  | $0.00          |
| 09/13/2021 | DEM | Finish first draft of discovery to defendants, revise and send to paralegal for her review.                                   | 2.10  | $375.00  | $787.50 DISC   |
| 09/15/2021 | DEM | Final review and revision of discovery to Defendants .5 Email discovery to Stern and Tonya asking if they want deliveries of hard copies .1 | 0.60  | $375.00  | $225.00 DISC   |

**Expenses**

Total amount of this bill                                                        $1,725.00
Previous Balance                                                                 $19,885.59

Balance Due                                                                      $21,610.59

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382

August 31, 2021

LAW OFFICE OF RONALD G. BROWN                    Invoice Number: 5079
PO BOX 2369
KIRKLAND, WA 98083
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

| | | | HOURS | RATE | TOTAL | |
|---|---|---|---|---|---|---|
| 08/11/2021 | TMK | Request interrogatories from Stern firm in word format. Begin conversion to our format. (.5) Review documents sent, draft preliminary repsonses (.3) | 0.80 | $150.00 | $120.00 | |
| 08/12/2021 | TMK | Finish drafts of interrogatory responses; email to DEM. Print & give to her as well. | 0.90 | $150.00 | $135.00 | |
| 08/27/2021 | DEM | Work on responses to discovery from Kaur | 0.40 | $375.00 | $150.00 | |
| 08/30/2021 | DEM | AP - Work on responses to discovery requests, conference with paralegal regarding reviewing deposits and trying to match up with chart from Defendants 1.2 Conference with paralegal her findings. .2 | 1.40 | $375.00 | $525.00 | DISC |
| 08/30/2021 | TMK | Review response of defendants, try to match up the defendant's payments with debtors' financial records. | 2.90 | $150.00 | $435.00 | |
| 08/31/2021 | TMK | Review interrogatories/request for production; back to DEM (.4) | 0.40 | $150.00 | $60.00 | |
| 08/31/2021 | DEM | Respond to requests for admission and interrogatories, revise and email to paralega for review 3.6 Email to Stern call with Stern one day extension of answer date. .2 | 3.80 | $375.00 | $1,425.00 | DISC |

Total amount of this bill                                    $2,850.00
Previous Balance                                             $17,035.59


Balance Due                                                  $19,885.59

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382
(206)224-4895

July 31, 2021

LAW OFFICE OF RONALD G. BROWN                                    Invoice Number: 5040
999 THIRD AVENUE #2525
SEATTLE, WA 98104
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

| | | | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 07/12/2021 | DEM | Review answer to complaint. Email exchange with Ron Brown regarding same. | 0.40 | $375.00 | $150.00 |
| 07/27/2021 | DEM | Prepare initial disclosures .8 Begin preparation of discovery requests. 1.4 | 2.20 | $375.00 | $825.00 ∧ IC |
| 07/27/2021 | DEM | Review our complaint and Defendants answer and notated when they admit and deny .3 Prepare initial disclosures .8 Begin preparation of discovery requests. 1.4 | 2.50 | $375.00 | $937.50 DISC |
| 07/27/2021 | KMM | Proof Initial Disclosures for DEM. | 0.20 | $125.00 | $0.00 |

*Duplicate* (handwritten annotation above 07/27/2021 row)

**Expenses**

Total amount of this bill                                                        $1,912.50
Previous Balance                                                                 $15,123.09

Balance Due                                                                      $17,035.59

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382
(206)224-4895

June 30, 2021

LAW OFFICE OF RONALD G. BROWN
999 THIRD AVENUE #2525
SEATTLE, WA 98104
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

Invoice Number: 4932

| | | | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 06/01/2021 | TMK | Research spouse of L. Gill, obtain current real property address, confirm relationship | 0.70 | $150.00 | $105.00 |
| 06/01/2021 | DEM | Work on complaint, several relvisions, review claims, | 2.10 | $375.00 | $787.50 |
| 06/02/2021 | DEM | Review email from Brown, conference with paralegal respond to Brown.1 Conference with paralegal  re: filing complaint and service of the same .2 | 0.20 | $375.00 | $75.00 |
| 06/02/2021 | TMK | File adversary complaint (Gill) | 0.20 | $150.00 | $30.00 |
| 06/03/2021 | TMK | Prepare complaint & summons to both addresses of the defendants in CA; one certified/one first class. | 0.40 | $150.00 | $60.00 |
| 06/08/2021 | DEM | Review summons, calendar pretiral, email Mediation certificate to RGB for his signature. 1.  Conference with paralegal, she has served summons, proof of service needs to be filed.  .1 Prepare consent to jurisdiction, revise and email to paralegal .3 | 0.50 | $375.00 | $187.50 |

## Expenses

| | | |
|---|---|---|
| 06/03/2021 | 2 - complaints & summons - first class | $1.42 |
| 06/03/2021 | 2 - complaints & summons - certified | $14.32 |
| 06/03/2021 | 4 copies complaint & summons | $4.80 |

Total amount of this bill                                          $1,265.54
Previous Balance                                                  $13,857.55

Balance Due                                                       $15,123.09

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382
(206)224-4895

May 31, 2021

LAW OFFICE OF RONALD G. BROWN
999 THIRD AVENUE #2525
SEATTLE, WA 98104
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

Invoice Number: 4872

| | | | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 05/10/2021 | DEM | Work on complaint, review proof of claim from landlord, email to paralegal and ask her to call landlord and obtain a copy of the lease. | 1.20 | $375.00 | $450.00 |
| 05/11/2021 | TMK | TFC w/ creditor (Commercial Trade) request copy of lease which is referenced in their POC. | 0.20 | $150.00 | $30.00 |
| 05/12/2021 | DEM | Exchange emails with Landlord, lease and who paid off balance, brief review of response. | 0.40 | $375.00 | $150.00 |

## Expenses

| | |
|---|---|
| Total amount of this bill | $630.00 |
| Previous Balance | $13,227.55 |
| Balance Due | $13,857.55 |

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382
(206)224-4895

October 31, 2020

LAW OFFICE OF RONALD G. BROWN                    Invoice Number: 4249
999 THIRD AVENUE #2525
SEATTLE, WA 98104
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

|  |  |  | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 09/18/2020 | DEM | Begin preparation of complaint. | 1.80 | $375.00 | $675.00 |

**Expenses**

| | |
|---|---|
| Total amount of this bill | $675.00 |
| Previous Balance | $11,202.55 |
| Balance Due | **$11,877.55** |

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382
(206)224-4895

September 30, 2020

LAW OFFICE OF RONALD G. BROWN
999 THIRD AVENUE #2525
SEATTLE, WA 98104
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

Invoice Number: 4165

| | | | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 09/03/2020 | KMM | TFC from Sylvia records clerk for Valley Strong re response to 20-0008 Kearns School CU - response is on the way - we should have by Tuesday, 9/8; email DEM, TMK; note in trello, subpoena status sheet. | 0.10 | $125.00 | $12.50 |
| 09/08/2020 | DEM | Review documents produced by Kern County pursuant to subpoena (.8). Email exchange with Trustee (.1). | 0.90 | $375.00 | $337.50 |
| 09/21/2020 | DEM | Review documents, continue to work on AP Complaint against Gill for $70k payment, review schedules to determine if there was a loan, and discuss with paralegal | 1.80 | $375.00 | $675.00 |
| 09/22/2020 | TMK | Proof complaint (L. Gill) and pull supporting documents | 0.50 | $150.00 | $75.00 |
| 09/22/2020 | DEM | Work on determining whether additional avoidance actions, whether there were loans or not, revise subpoena to Gill | 0.60 | $375.00 | $225.00 |
| 09/22/2020 | KMM | Copy, mail subpoena to Lakhibir Gill (20-0027) and scan to TMK, trello. Costs sheet; subpoena sheet; post expenses to b/s | 0.50 | $125.00 | $62.50 |

## Expenses

| | | |
|---|---|---|
| 09/22/2020 | Certified mail Subpoena to Lakhibir Gill 20-0027 - $7.05 certified; first class mail $0.50 to debtor's | $7.50 |

23

counsel.

09/22/2020 Photocopies - subpoena to Lakhibir Gill 20-0027 5       $3.75
x 5 pages.

Total amount of this bill       $1,398.75
Previous Balance       $9,803.80

Balance Due       <u>$11,202.55</u>

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382
(206)224-4895

June 30, 2020

LAW OFFICE OF RONALD G. BROWN
999 THIRD AVENUE #2525
SEATTLE, WA 98104
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

Invoice Number: 3816

| | | | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 06/03/2020 | DEM | Review response from Kern Schools Credit Union, Review Rule 45, review two cases, prepare email to secretary with contents of letter to Kern as to why they have to comply. | 1.00 | $375.00 | $375.00 |
| 06/04/2020 | DEM | Review and revise letter to Tarango regarding refusal to comply with subpoena. | 0.40 | $375.00 | $150.00 |
| 06/04/2020 | TMK | Proof letter to Kern Schools CU./Valley Strong regarding their refusal to provide documents | 0.20 | $150.00 | $30.00 |
| 06/04/2020 | KMM | Format letter to Valley Strong CU (formerly Kerns School CU) regarding their response to subpoena 20-0008. Upload Trello. Calendar response date. | 0.40 | $125.00 | $0.00 |
| 06/05/2020 | TMK | Email Wendee Adams @ Sec Nat'l Mtg, new subpoena, copy of amended mtn and orde | 0.20 | $150.00 | $30.00 |
| 06/05/2020 | DEM | Exchange emails with Tarango re: document production. | 0.10 | $375.00 | $37.50 |
| 06/12/2020 | TMK | Responsive email to Wendee @ Security Nat'l Mtg | 0.10 | $150.00 | $15.00 |
| 06/18/2020 | DEM | Conference with paralegal regarding subpoena response from security national for loan house purchase (.1). Email to Trango, extending subpoena response deadline (.1). | 0.20 | $375.00 | $75.00 |
| 06/23/2020 | TMK | Email to Wendee Adams re: password for | 0.10 | $150.00 | $15.00 |

25

| | | | | | |
|---|---|---|---|---|---|
| | | disk with mortgage inforamtion | | | |
| 06/24/2020 | TMK | Review subpoena response from Security National Mortgage Corporation; memo to DEM | 0.50 | $150.00 | $75.00 |

**Expenses**

| | |
|---|---|
| Total amount of this bill | $802.50 |
| Previous Balance | $9,001.30 |
| | |
| Balance Due | <u>$9,803.80</u> |

2↳

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382
(206)224-4895

May 31, 2020

LAW OFFICE OF RONALD G. BROWN
999 THIRD AVENUE #2525
SEATTLE, WA 98104
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

Invoice Number: 3776

| | | | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 05/01/2020 | KMM | Prepare subpoena and 2004 pleadings for Lakhbir Singh Gill and Ravinder Kaur subpoena 20-0027. Email to DEM TMK, post and upload in trello. Research on recipients' address with note in email. | 1.00 | $125.00 | $0.00 |
| 05/01/2020 | KMM | Review emails and documents to try to locate invoice for DEM. | 0.40 | $125.00 | $0.00 |
| 05/04/2020 | KMM | Find service info and prepare subpoena and 2004 pleadings for Sec Natl Mtg subpoena 20-0028 and First American 20-0029. Email to DEM TMK, post and upload in trello. | 2.50 | $125.00 | $0.00 |
| 05/04/2020 | KMM | Revise Security National Mortgage subpoena and resend to DEM, TMK. | 0.20 | $125.00 | $0.00 |
| 05/04/2020 | KMM | Prepare subpoena and 2004 pleadings for Ravinder Kaur 20-030, per TMK email. Email to DEM, TMK, post in trello and upload. | 0.80 | $125.00 | $0.00 |
| 05/04/2020 | DEM | Review and revise 204 motion and order to First American Title and Security Mortgage. | 0.60 | $375.00 | $225.00 |
| 05/05/2020 | DEM | Review and revise subpoena to FATIC, and Security National and discuss service with paralegal. | 0.50 | $375.00 | $187.50 |
| 05/05/2020 | KMM | Start 2nd 341 transcript (0:00 -21:05) | 3.00 | $125.00 | $375.00 |
| 05/05/2020 | KMM | Complete transcript 7/18/19 hearing; proof; email to DEM, TMK. | 2.40 | $125.00 | $300.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/06/2020 | KMM | Complete transcript 8/1/19 2nd 341 hearing (21:06 - 23:49); proof; save to pdf; email to DEM, TMK. | 1.60 | $125.00 | $200.00 |
| 05/08/2020 | KMM | Scan cert receipts for 20-0011, 12, 13, 14, 15 to TMK and self for uploading in trello. Scan faxed response from Valley C U to DEM, TMK.  Original on Denice's chair. | 0.20 | $125.00 | $0.00 |
| 05/08/2020 | KMM | Email from DEM; print 2004 order Gill/Kaur subpoena - email to DEM, TMK to clarify what address to use.  They will send Monday.  Printed order on DEM chair. | 0.20 | $125.00 | $0.00 |
| 05/11/2020 | KMM | Download scanned response to Kerns School subp 20-0008 (from Valley Strong CU) and upload to trello. | 0.10 | $125.00 | $0.00 |
| 05/18/2020 | KMM | Scan cert receipts from subpoenas to me to post from home. | 0.20 | $125.00 | $0.00 |
| 05/19/2020 | KMM | Split pdfs of cert receipts.  Upload subpoena certified receipts to trello (Kern School CU, Sec Natl Mtg, First Am); upload returned envelopes (Chhina) | 0.60 | $125.00 | $0.00 |
| 05/21/2020 | KMM | File certified receipts in subpoena folders at TMK's request. | 0.10 | $125.00 | $0.00 |
| 05/22/2020 | KMM | Scan cert receipt First American title 20-0029 and upload to trello | 0.10 | $125.00 | $12.50 |
| 05/22/2020 | DEM | Call with Wendy regarding Subpoena response, email to paralegal. | 0.10 | $375.00 | $37.50 |
| 05/28/2020 | TMK | TFC w/Wendy @ Security National Mortgage re: subpoena (.2).  Note to DEM re: 1st American response (.1) | 0.30 | $150.00 | $45.00 |
| 05/29/2020 | KMM | Review trello and compile information necessary to call recipients of overdue subpoenas for status reports. | 0.20 | $125.00 | $0.00 |
| 05/29/2020 | TMK | Revise motion for 2004 order (Security National Mtg.); email to DEM for approval. | 0.20 | $150.00 | $30.00 |

**Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 05/06/2020 | First Class - Bossard (20-0029) | $0.50 |
| 05/06/2020 | Certified mail (2) - First American Title Ins. Co. | $13.80 |

(20-0029)

05/07/2020   First Class - Bossard (20-0028)                                    $0.50

05/07/2020   Certified mail - Security National Mtg (20-0028)                    $6.90


Total amount of this bill                                                    $1,434.20
Previous Balance                                                            $7,567.10

Balance Due                                                                 <u>$9,001.30</u>

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382
(206)224-4895

April 30, 2020

LAW OFFICE OF RONALD G. BROWN
999 THIRD AVENUE #2525
SEATTLE, WA 98104
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

Invoice Number: 3663

| | | | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 04/20/2020 | DEM | Conversation with paralegal re: 2004 order obtained and subpoena responses. | 0.30 | $375.00 | $112.50 |
| 04/20/2020 | KMM | exchange emails w TMK re subpoena response from Key Bank (cannot locate any docs in trello or emails) | 0.10 | $125.00 | $12.50 |
| 04/22/2020 | TMK | Send 4002 documents to DEM; review memo re: work to be done; email to KMM to request follow up on outstanding subpoenas #19-110 and 19-111 | 0.40 | $150.00 | $0.00 |
| 04/22/2020 | KMM | Request 341 audio from Keith, UST, per DEM  Save audios and email to DEM, TMK | 0.60 | $125.00 | $75.00 |
| 04/22/2020 | KMM | Email from TMK re responses for Key and WF subpoena responses.  check trello and documents. | 0.40 | $125.00 | $50.00 |
| 04/22/2020 | DEM | Review accounting from Debtor and continue review of deposits, transfers and checks.  Why do they have so many banks accounts.  Exchange emails with Brown.  Several discussions with Bank accounts paralegal (2.8).  Research house they are living in, go back and review checks from and to sister, why is Sister writing rent checks to debtors if she owns house and they rent from her (.6). | 3.40 | $375.00 | $1,275.00 |
| 04/22/2020 | DEM | Phone call with Wisen regarding case (.1). Call with Bailey (.1).  Email to Brown (.1). Exchange emails  with Brown regarding meeting  (.1). | 0.40 | $375.00 | $150.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/23/2020 | KMM | Contact Key Bank re subpoena 19-111 response - note in trello (.3). Contact Wells Fargo re subpoena 19-110 response. Note in trello (.4) | 0.70 | $125.00 | $0.00 |
| 04/23/2020 | TMK | Locate SSN for both debtors; to KMM for contact with Key Bank re: subpoenas | 0.10 | $150.00 | $15.00 |
| 04/23/2020 | KMM | Email from DEM. Set up transcripts for 2 341 hearings. Begin 7/18/19 hearing (0:00 - 3:06). | 4.50 | $125.00 | $562.50 |
| 04/23/2020 | DEM | Continue review of documents, finish documents from Wells Fargo, except for trucking account (1.0). Research Trucking company and whether they started on here and whether the one in CA was incorporated (.5). Listen to audio of both 341 meetings and email to secretary to transcribe (.7). Research house here and begin timeline. House purchased by sister right after sale of business, but Debtor's pay mortgage, and checks from sister to Debtor for rent (.8). Prepare outline of what needs to be done, assemble exhibits and meet with paralegal with list of several 2004 motions, orders and subpoenas that need to be prepared (1.0). | 4.00 | $375.00 | $1,500.00 |
| 04/24/2020 | KMM | Continue 7/18/19 hearing (3:06  5:20) | 2.20 | $125.00 | $275.00 |
| 04/24/2020 | DEM | Call with Trustee to go over issues in case, results of research, how to proceed, follow up email to Brown. | 0.40 | $375.00 | $150.00 |
| 04/24/2020 | TMK | Go through DEM's list of work to be done, prepare subpoena language for insertion into document & send to KMM | 1.50 | $150.00 | $225.00 |
| 04/24/2020 | KMM | Prepare 2004 order, application and subpoena Kern Schools Federal CU. Note in trello. EMAIL DEM, TMK. | 1.50 | $125.00 | $0.00 |
| 04/27/2020 | KMM | Prepare 2004 application, order, subpoena 20-0009; email to DEM TMK; upload t20-008 (Kern School CU ) and 20-009 (Gill) docs to subpoena cards in trello and create reminder. | 1.50 | $125.00 | $0.00 |
| 04/27/2020 | KMM | Draft 2004 application, order, subpoena 20-0010 to Chhina & Kaur. Email to DEM, | 1.50 | $125.00 | $0.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | TMK and note in trello with deadline. | | | |
| 04/27/2020 | KMM | Prepare 2004 application, order, subpoena 20-0009; email to DEM TMK; upload t20-008 (Kern School CU ) and 20-009 (Gill) docs to subpoena cards in trello and create reminder. | 1.50 | $125.00 | $0.00 |
| 04/28/2020 | DEM | Review and revise 2004 motion, order and subpoena to Gills (.5). motion order and subpoena to Kern Schools Credit Union. (.4). Review 2004 motion and order Chinn (.4). Exchange emails with paralegal regarding audio and transcripts, search email for audios (.2). Exchange emails with secretary about King County Divorce action review pleadings (.4). | 1.90 | $375.00 | $712.50 |
| 04/29/2020 | DEM | Substantial revision to subpoena to Chinna (.5). Review and revise subpoena, conference with paralegal regarding attachments (.4). Review and revise subpoena for Kern Schools discussion with paralegal regarding exhibits (.4). Review Memo and make what is done, what is in progress and what has not been done (.3). | 1.60 | $375.00 | $600.00 |
| 04/29/2020 | KMM | Transfer TMK's list of 2004 pleadings and subpoenas to trello reminder. | 0.20 | $125.00 | $0.00 |
| 04/29/2020 | TMK | Copy, compile, prepare envelopes, prepare certified mail, for subpoenas to Kern Schools, Gill and Chhina/Kaur | 0.90 | $150.00 | $135.00 |
| 04/30/2020 | KMM | Draft 2004 application, order and subpoena to BOA (Konihoor jeweler check) 20-0017 - send to DEM, TMK via email. | 0.80 | $125.00 | $0.00 |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 04/29/2020 | Certified - Pawanpreet/Tarlochan subpoena | $7.05 |
| 04/29/2020 | Postage - Pawanpreet/Tarlochan | $1.30 |
| 04/29/2020 | Certified - Kern Schools | $7.05 |
| 04/29/2020 | Postage - Kern Schools | $0.65 |
| 04/29/2020 | Certified - Baljit/Ravinder Gill | $7.05 |

04/29/2020   Postage - Baljit/Ravinder Gill                                          $1.30


**Total amount of this bill**                                                    $5,874.40
**Previous Balance**                                                             $1,692.70

**Balance Due**                                                                  <u>$7,567.10</u>

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382
(206)224-4895

February 29, 2020

LAW OFFICE OF RONALD G. BROWN                                    Invoice Number: 3399
999 THIRD AVENUE #2525
SEATTLE, WA 98104
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

### Expenses

| | | |
|---|---|---|
| 02/11/2020 | Wells Fargo Bank Documentation (1/14/2020) | $126.30 |

| | |
|---|---|
| Total amount of this bill | $126.30 |
| Previous Balance | $1,566.40 |
| Balance Due | $1,692.70 |

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382
(206)224-4895

January 31, 2020

LAW OFFICE OF RONALD G. BROWN
999 THIRD AVENUE #2525
SEATTLE, WA 98104
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

Invoice Number: 3281

| | | | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 01/02/2020 | KMM | Call from Lee at Subpoena processing, Wells Fargo re subpoena response; enter his info into Trello (he will email response to DEM, TMK. | 0.10 | $125.00 | $0.00 |
| 01/07/2020 | KMM | Re-type WF subpoena with corrected 2020 production date; mail 20-0001 with transmittal to WF; scan and upload to trello. | 0.40 | $125.00 | $0.00 |
| 01/13/2020 | KMM | Scan WF Bank, 19-109, Key Bank 19-110 and WF Loan 19-111 certified receipts and upload to trello. | 0.30 | $125.00 | $0.00 |
| 01/14/2020 | TMK | TFC w/WFB regarding subpoenas (19-109 and 20-0001) and which one we need the response to / or do we need both. Respond to 20-0001 as the start date is Jun 1, 2015. | 0.10 | $150.00 | $15.00 |
| 01/14/2020 | DEM | Review voicemail from WFB and discuss why two subpoenas with Tess and Kerry separately. | 0.30 | $375.00 | $112.50 |
| 01/14/2020 | KMM | Conf TMK re trello entries in re Subpoenas 20-0001 and 19-009. | 0.10 | $125.00 | $0.00 |
| 01/17/2020 | KMM | Call from Calina from WF Subp 20-0001 to confirm they are not duplicating response - note in trello. | 0.10 | $125.00 | $0.00 |
| 01/17/2020 | KMM | Scan certified receipt 20-0001 WF Bank; upload to trello. | 0.10 | $125.00 | $0.00 |
| 01/22/2020 | KMM | Scan cert receipt 20-0001 WF (2nd); upload to trello. | 0.10 | $125.00 | $0.00 |

| 01/29/2020 TMK | WFB subpoena response / download & unzip / review signature cards, checks & deposits / print ones pertaining to repayment of loan funds | 2.30 | $150.00 | $345.00 |
|---|---|---|---|---|

**Expenses**

| | |
|---|---|
| Total amount of this bill | $472.50 |
| Previous Balance | $1,093.90 |
| Balance Due | <u>$1,566.40</u> |

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382
(206)224-4895
December 31 2019

**CORRECTED INVOICE**

LAW OFFICE OF RONALD G. BROWN
999 THIRD AVENUE #2525
SEATTLE, WA 98104
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

Invoice Number: 3208

| Date | | Description | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 12/04/2019 | DEM | Review proofs of claim filed. | 0.10 | $375.00 | $37.50 |
| 12/17/2019 | DEM | Exchange emails with Trustee and paralegal. | 0.10 | $375.00 | $37.50 |
| 12/18/2019 | TMK | Review schedules and amendments, begin letter to debtors' counsel, list of work to be done, email to trustee requesting 4002 documents | 0.80 | $150.00 | $120.00 |
| 12/19/2019 | TMK | Download 4002 documents received from trustee, review, prepare memo to DEM with items of note and plan of action | 1.70 | $150.00 | $255.00 |
| 12/19/2019 | KMM | Email from TMK - post subpoena cards in trello, subpoena log, create 2004 documents and subpoenas to WF Bank, WF Financial, Key Bank. | 1.70 | $125.00 | $0.00 |
| 12/23/2019 | KMM | Revise 2004 pleadings and supboenas per DEM; convert to pdf and email to DEM, TMK. | 0.50 | $125.00 | $62.50 |
| 12/23/2019 | DEM | Review and revise 2004 motion, order and subpoena to Wells Fargo Bank, Wells Fargo Financial and Key Bank. Second review and finalize. | 0.30 | $375.00 | $112.50 |
| 12/26/2019 | KMM | Revise 2004 applications for WF Bank, WF Financial and Key Bank to correct Hot Pizza & Wings spelling; email individually (with their orders) to TMK. | 0.20 | $125.00 | $0.00 |
| 12/27/2019 | DEM | Review order, email to secretary, review subpoena to accompany 2004 order and finalize. | 0.30 | $375.00 | $112.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/27/2019 | KMM | Print subpoenas and 2004 orders to WF Bank, WF Financial and Key Bank for DEM's review (.3) Prepare subpoena labels (.4). Revise subpoenas (.1) Cost Sheets, Subpoena Log, Print, frank and mail subpoenas. | 2.50 | $125.00 | $0.00 |
| 12/30/2019 | KMM | Scan subpoena proofs WF Bank, WF Financial and Key Bank; upload to trello; post costs to B/S. | 0.60 | $125.00 | $0.00 |

### Expenses

| Date | Description | Amount |
|---|---|---|
| 12/30/2019 | Photocopies - 19-109 WF Bank subpoena. | $6.30 |
| 12/30/2019 | Photocopies WF Loan subpoena 19-110. | $10.50 |
| 12/30/2019 | Certified mail 19-110 WF Loan subpoena (3 x $7.45); regular $1.15 - debtors' counsel. | $23.50 |
| 12/30/2019 | Certified Key Bank subpoena 19-111 $7.45; regular mail, $0.50 debtors' counsel. | $7.95 |
| 12/30/2019 | Photocopies 7 x 5. Subpoena 19-111, Key Bank. | $5.25 |
| 12/30/2019 | Certified mail (2 at $7.45 ea) subpoena WF Bank 19.109; regular mail debtor's counsel $0.50. | $15.40 |

| | |
|---|---|
| Total amount of this bill | $806.40 |
| Previous Balance | $287.50 |
| | |
| Balance Due | $1,093.90 |

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382
(206)224-4895

September 30, 2019

LAW OFFICE OF RONALD G. BROWN                                    Invoice Number: 2884
999 THIRD AVENUE #2525
SEATTLE, WA 98104
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

|            |     |                                                                                                                                                        | HOURS | RATE     | TOTAL   |
| ---------- | --- | ------------------------------------------------------------------------------------------------------------------------------------------------------ | ----- | -------- | ------- |
| 09/03/2019 | TMK | Scan DNC to Ron Brown; originals to KMM to mail to him as well                                                                                          | 0.10  | $150.00  | $0.00   |
| 09/03/2019 | KMM | Transmit signed Declaration of No Conflict of Moewes to Trustee Brown.                                                                                  | 0.20  | $125.00  | $25.00  |
| 09/11/2019 | TMK | Re-send DNC to R. Brown by email                                                                                                                        | 0.10  | $150.00  | $0.00   |
| 09/11/2019 | DEM | Review emails from Brown and conference with paralegal regarding hiring package.                                                                        | 0.20  | $375.00  | $75.00  |
| 09/19/2019 | KMM | Conf JS - review email, chron, computer folder to try to locate original signed DNC of Moewes (as amended);  Did not find (I found original I mailed RGB 9/3);  conf TMK. | 0.20  | $125.00  | $0.00   |

## Expenses

| Total amount of this bill | $100.00 |
| ------------------------- | ------- |
| Previous Balance          | $187.50 |
| Balance Due               | $287.50 |

39

# Wood & Jones PS

303 N. 67th St
Seattle, WA 98103-5209
(206)623-4382
(206)224-4895

August 31, 2019

LAW OFFICE OF RONALD G. BROWN                          Invoice Number: 2812
999 THIRD AVENUE #2525
SEATTLE, WA 98104
Matter: SINGH & KAUR, TAJINDER & MANJIT - AFT# 92464

|  |  |  | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 08/27/2019 | DEM | Review Petition and documents from Brown and email exchange with Brown. | 0.40 | $375.00 | $150.00 |
| 08/28/2019 | DEM | Review and revise Declaration of No Conflict. | 0.10 | $375.00 | $37.50 |
| 08/28/2019 | TMK | Revise DNC per DEM instruction; print for her signature | 0.10 | $150.00 | $0.00 |
| 08/28/2019 | TMK | Set up new client; prepare DNC in case where T. Dore is currently the judge | 0.40 | $150.00 | $0.00 |

**Expenses**

Total amount of this bill                                        $187.50
Previous Balance                                                 $0.00

Balance Due                                                      $187.50

*40*